IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| KEVIN KARUU WANJIRU, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )  Case No. 4:12-cv-965-JHH-TMP |
| | ) |
| SCOTT HASSELL, Warden; *et al.*, | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

On July 22, 2013, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed as moot. To date, no objections have been filed by either party. The Report and Recommendation mailed to petitioner has been returned as undeliverable, and marked "released."

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby DENIED and DISMISSED WITH PREJUDICE.

**DONE** this the   27th   day of August, 2013.

_____
SENIOR UNITED STATES DISTRICT JUDGE